SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KEVIN COX

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX,<br><br>            Plaintiff,<br><br>    vs.<br><br>FLEUREE MOUA D/B/A THE CAJUN BAYOU; SUPER HK, LLC; and DOES 1 to 10,<br><br>            Defendants. | Case No.: **2:20-cv-01126 PSG (JPRx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: November 23, 2020<br>Time: 01:30 p.m.<br>Courtroom: 6A<br><br>Honorable Judge Philip S. Guetierrez |

        To Defendant FLEUREE MOUA D/B/A THE CAJUN BAYOU and the attorney of record, if any: Please take notice that on November 23, 2020, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 West 1st Street, Los Angeles, California, Plaintiff KEVIN COX will present plaintiff's motion for default judgment against Defendant FLEUREE MOUA D/B/A THE CAJUN BAYOU. The Clerk has previously entered the default on Defendant FLEUREE MOUA D/B/A THE CAJUN BAYOU on August 26, 2020.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant FLEUREE MOUA D/B/A THE CAJUN BAYOU is not a minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant FLEUREE MOUA D/B/A THE CAJUN BAYOU has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages and $3,640.00 in attorney fees and costs as set forth in the attached declaration of Jason Yoon and an Order directing the defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant is readily accessible to and usable by individuals with disabilities at the property located at or about 510 S. Glendora Ave., West Covina, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant FLEUREE MOUA D/B/A THE CAJUN BAYOU on October 5, 2020 by first class United States Mail, postage prepaid.

Dated:  October 5, 2020          SO. CAL. EQUAL ACCESS GROUP


                                 By:    /s/ Jason Yoon_____
                                        Jason Yoon, Esq.
                                        Attorneys for Plaintiff