SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KEVIN COX



JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX,<br><br>            Plaintiff,<br><br>      vs.<br><br>FLEUREE MOUA D/B/A THE CAJUN BAYOU; SUPER HK, LLC; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:20-cv-01126 PSG (JPRx)**<br><br>~~Proposed~~ **Judgment Re: Default Judgment**<br><br>~~Date: December 7, 2020~~<br>~~Time: 01:30 p.m.~~<br>Courtroom: 6A<br><br>Honorable Judge Philip S. Guetierrez |

    Upon review of the court files, the first amended motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff KEVIN COX shall have JUDGMENT in his favor in the amount of $4,000.00 in statutory damages and $3,640.00 as costs-and-fees award, totaling $7,640.00, against Defendant FLEUREE MOUA D/B/A THE CAJUN BAYOU.

    Additionally, Defendant FLEUREE MOUA D/B/A THE CAJUN BAYOU is ordered to provide an accessible parking space at the property located at or about 510 S.

Glendora Ave., West Covina, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: 12/1/2020        By: _____
                              United States District Judge